986

No. 1266. BARTLETT ET AL. v. UNITED STATES ET AL. Affirmed on appeal from D. C. S. D. N. Y. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 1275. ORIENTAL BOULEVARD CO. ET AL. v. HELLER, COMMISSIONER OF DEPARTMENT OF AIR POLLUTION CONTROL, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 1282. MALINOU v. BOARD OF ELECTIONS OF RHODE ISLAND ET AL. Appeal from Sup. Ct. R. I. dismissed for want of substantial federal question.

No. 1284. BALC v. PARSONS ET AL. Appeal from Sup. Ct. Ohio. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6442. HERNANDEZ v. CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 90. BARLOW ET AL. v. GALLANT ET AL. Appeal from D. C. W. D. Tex. Motion of appellees Morris and Walters for leave to proceed in forma pauperis granted. Judgment vacated and case remanded for reconsideration in light of Younger v. Harris, ante, p. 37. MR. JUSTICE DOUGLAS would note probable jurisdiction and affirm the judgment.